Gary G. Geuss, City Attorney, SBN 128022
Neil Okazaki, Assistant City Attorney, SBN 201367
CITY OF RIVERSIDE
3750 University Avenue, Suite 250
Riverside, California 92501
Telephone (951) 826-5567; Facsimile (951) 826-5540
nokazaki@riversideca.gov

John M. Porter, Esq., SBN 62427
James C. Packer, Esq., SBN 77675
LEWIS BRISBOIS BISGAARD & SMITH LLP
650 East Hospitality Lane, Suite 600
San Bernardino, CA 92408
Telephone: (909) 387-1130; Facsimile (909) 387-1138
Porter@LBBSLAW.com

Timothy T. Coates, Esq., SBN 110364
Alison M. Turner, Esq. SBN 116210
GREINES, MARTIN, STEIN & RICHLAND LLP
5900 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90036
Telephone: (310) 859-7811; Facsimile (310) 276-5261
tcoates@gmsr.com
aturner@gmsr.com

Attorneys for Defendants, CITY OF RIVERSIDE and SILVIO MACIAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EASLEY; STEPHANIA SESSION,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF RIVERSIDE, SERGIO DIAZ; SILVIA MACIAS; and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO.: EDCV 14-0117 TJH (SPx)<br><br>**ORDER RE STIPULATION TO REMAND REMOVED ACTION [JS-6]** |

    Having reviewed the Parties' Stipulation to Remand Removed Action, and GOOD CAUSE appearing therefore, the Stipulation is granted as follows:

1. This Action is hereby remanded to Riverside Superior Court;

2. Plaintiff maintains the right to seek statutory attorney fees for all work done in connection with the case (in federal and state court) if he prevails on his Fourth Amendment claim at trial; and

3. Defendants agree not to ask the state court to move the trial date on the grounds that the case has been remanded.

IT IS SO ORDERED.

DATED: FEBRUARY 10, 2020_____   *Terry J. Hatter, Jr.*
_____
Judge Terry J. Hatter Jr.
United States District Judge

CA#L11-0297.1

- 2 -

ORDER RE STIPULATION TO REMAND REMOVED ACTION

City Attorney's Office
3750 University Ave , Ste 250
Riverside, CA 92501
(951) 826-5567

# CERTIFICATE OF SERVICE

Case Name: *Michael Easley, et al. v. City of Riverside, et al.*

Case No. EDCV 14-0117 TJH (SPx)

I hereby certify that on February 7, 2020, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER RE STIPULATION TO REMAND REMOVED ACTION**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on February 7, 2020, at Riverside, California.

/s/
───────────────────────
Christine Houk

# SERVICE LIST
*Michael Easley, et al. v. City of Riverside, et al.*
USDC Case No.: EDCV 14-0117 TJH (SPx)

| | |
|---|---|
| **John M. Porter, Esq.**<br>**Lewis Brisbois Bisgaard & Smith LLP**<br>**650 East Hospitality Lane, Ste. 600**<br>**San Bernardino, CA  92408** | *Co-Counsel for Defendants* |
| **Greines, Martin, Stein & Richland LLP**<br>**Timothy T. Coates, Esq.**<br>**Alison M. Turner, Esq.**<br>**5900 Wilshire Boulevard, 12th Fl.**<br>**Los Angeles, CA  90036** | *Co-Counsel for Defendants* |
| **Dale K. Galipo, Esq.**<br>**Kaveh Naveb, Esq.**<br>**Law Offices Of Dale K. Galipo**<br>**21800 Burbank Blvd., Ste. 310**<br>**Woodland Hills, CA  91367**<br>Email: Dalekgalipo@Yahoo.Com | *Attorneys for Plaintiffs* |
| **Garo Mardirossian, Esq. (SBN 101812)**<br>**Lawrence D. Marks, Esq. (SBN 153460)**<br>**Adam Feit, Esq. (SBN 267965)**<br>**Mardirossian & Associates, Inc. APLC**<br>**6311 Wilshire Boulevard, Ste. 1500**<br>**Los Angeles, CA  90048-5001**<br>**323-653-6311**<br>**Fax: 323-651-5511**<br>**Email: garo@garolaw.com**<br>**Email: lmarks@garolaw.com**<br>**Email: afeti@garolaw.com** | *Co-Counsel for Plaintiffs* |
| **Kaveh Navab, Esq. (SBN 280235)**<br>**Schonbrun DeSimone Seplaw Harris and Hoffman LLP**<br>**723 Ocean Front Walk**<br>**Venice, CA 90291**<br>**310-396-0731**<br>**Fax: 310-399-7040**<br>**Email: knavab10@gmail.com** | *Co-Counsel for Plaintiffs* |